

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-20-00118-CR
_____


JONATHON LEMONE VAUGHN, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 19F0770-202


Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Jonathon Lemone Vaughn has filed an untimely notice of appeal from a conviction of assault on a public servant.[1] We dismiss the appeal for want of jurisdiction.

The judgment of conviction in this matter indicates that Vaughn's sentence was imposed on February 11, 2020, and that his notice of appeal was filed on December 3, 2020. There is nothing in the appellate record to indicate that Vaughn filed a motion for new trial. In the absence of a timely motion for new trial, Vaughn, to perfect his appeal, was required to file his notice of appeal within thirty days of the date sentence was imposed, or on or before March 12, 2020. *See* TEX. R. APP. P. 26.2(a)(1). The notice of appeal, therefore, was untimely.

We notified Vaughn by letter that his notice of appeal appeared to be untimely and that the appeal was subject to dismissal for want of jurisdiction. We gave Vaughn twenty days to respond to our letter and to demonstrate how we have jurisdiction over the appeal notwithstanding the noted defect. While Vaughn did respond to our letter, he failed to demonstrate how we have jurisdiction over his appeal.

---

[1]*See* TEX. PENAL CODE ANN. § 22.01(b)(1).

Because Vaughn did not timely file his notice of appeal, we dismiss the appeal for want of jurisdiction.


Ralph K. Burgess
Justice

Date Submitted:     January 5, 2021
Date Decided:       January 6, 2021

Do Not Publish